**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7423**

---

TERRY MILTON WINDSOR,

                                        Plaintiff - Appellant,

        versus

DONALD J. AMRIEN, Medical Doctor; KAREN CRIM,
Sergeant, Accomack County Jail; GRETTA SAMPLE,
Nurse, Accomack County Jail,

                                        Defendants - Appellees,

        and

ROBERT CROCKETT, Sheriff, Accomack County
Jail; MIKE DABRASKI, Correctional Officer,
Accomack County Jail; DEPUTY GOGA, Accomack
County Jail; ACCOMACK COUNTY JAIL,
Medical/Officer,

                                        Defendants.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-01-799)

---

Submitted: January 16, 2003        Decided: January 23, 2003

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Terry Milton Windsor, Appellant Pro Se.  Daniel Hartnett, AYRES & HARTNETT, Accomac, Virginia; Jeff Wayne Rosen, Lisa Ehrich, PENDER & COWARD, P.C., Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Milton Windsor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Windsor v. Amrien, No. CA-01-799 (E.D. Va. Aug. 30, 2002).  In addition, we find that Windsor's complaints regarding the timeliness of the filing of Defendants' pleadings are unfounded.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2